# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH MESSINA, JR.

VERSUS

UNION CARBIDE CORPORATION,
ET AL.

NO.  2021 CW 0604

**JUNE 4, 2021**

---

In Re:    Zurich American Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 687430.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT